IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMARIO JACKSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-828-bbc

v.

RYAN HOLZMACHER, JAMES LABELLE,
TANYA BONSON, SUSAN PETERS,
SCOTT HOFTIEZER, KARL HOFFMAN,
BURTON COX and LISA ALLEN,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendants and dismissing this case.

| /s/ | 4/18/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |