IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Demario Jackson,
    Plaintiff

V.                                     Case No.16-cv-828

Ryan Holzmacher,et al.,
    Defendant's.

## NOTICE OF APPEAL TO THE 7th CIRCUIT COURT OF APPEALS FROM A JUDGMENT OF THE WESTERN DISTRICT ORDER.

Now Comes,the plaintiff,Demario Jackson,proceeding herein,pro-se,pursuant to Appeal the Judgment of the Western District court of Wisconsin,against the above named Defendant's.

Notice is given to the above Defendant's that Demario Jackson in the above case is hereby appealing the judgment of the Western District Court of Wisconsin to the 7th Circuit Court from the Final Judgment that was entered on April 18,2018.

                                        Respectfully Submitted,

Dated this 19th day of May,2018.

                                        Demario Jackson #546469
                                        (WSPF)P.O.Box 9900
                                        Boscobel,Wis. 53805